IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| THE MEDICAL PROTECTIVE COMPANY, *etc.*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:14-cv-58 |
| CHARLES A. BOLICK, M.D., *et al.*, | ) ) | By: Elizabeth K. Dillon United States District Judge |
| Defendants. | ) ) | |

**ORDER**

For the reasons set forth in the memorandum opinion entered this day, defendants' motions to dismiss (Dkt. Nos. 51, 52) are GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART. The motions are GRANTED insofar as they argue that venue is improper here and request, as an alternative to dismissal, that this matter be transferred to the United States District Court for the Eastern District of Tennessee. It it hereby ORDERED that the case be transferred to that court.

The motions are DENIED WITHOUT PREJUDICE in all other respects.

Entered: November 18, 2015.

*Elizabeth K. Dillon*
United States District Judge